# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

STEVEN J. VIECZOREK and
HEATHER H. VIECZOREK,

    Plaintiffs,

v.                                 Case No. 3:17-cv-1118-J-32JBT

SHAYAN KHORRAMI and A&P
AUTO SALES,

    Defendants.

## **O R D E R**

This case is before the Court on Plaintiff Heather Vieczorek's request for the Court to appoint her a lawyer, (Doc. 52), and Plaintiff Steven Vieczorek's Motion for Reconsideration and/or Certification, (Doc. 53).

In its March 7, 2019 Order, the Court directed: "Not later than **March 22, 2019**, Plaintiffs shall file a notice with the Clerk of Court stating whether they have obtained counsel or if they would like the Court to consider appointing them a lawyer." (Doc. 50 at 11). On March 21, 2019, Plaintiff Heather Vieczorek filed with the Clerk of Court a request that the Court appoint her a lawyer. (Doc. 52). On March 27, 2019, Plaintiff Steven Vieczorek filed his motion for reconsideration, but he has not filed anything concerning

whether he would like the Court to consider appointing him a lawyer. However, to make an informed decision on whether to appoint Plaintiffs a lawyer, the Court must know how Steven Vieczorek intends to proceed.

Steven Vieczorek asks the Court to reconsider a portion of its March 7, 2019 ruling, or in the alternative, to "stay[] its scheduling order and certify[] its order as final and immediately appealable." (Doc 53 at 8). Presumably, Steven Vieczorek wants the Court to change its ruling that "because the vehicle at issue was more than ten years old at the time of the sale, it is exempt from the disclosure requirements of 49 U.S.C. § 32705 and 49 C.F.R. § 580.5." (Doc. 50 at 7). Although Steven Vieczorek states in his motion that it is "based on matter which the Pro Se Plaintiff did not recently argue," the Court did consider this argument and rejected it. (See Doc. 50 at 7–9).

Accordingly, it is hereby

**ORDERED:**

1. Not later than **April 11, 2019**, Steven Vieczorek shall file a notice with the Clerk of Court stating: (1) that he has obtained counsel, (2) that he would like the Court to consider appointing him a lawyer; **or** (3) that he intends to proceed pro se.

2. Plaintiff Steven Vieczorek's Motion for Reconsideration and/or Certification, (Doc. 53), is **DENIED**.

3. The Court's Case Management Scheduling Order, (Doc. 51), continues to govern the case.

**DONE AND ORDERED** in Jacksonville, Florida this 29th day of March, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies:

Counsel of record