**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STEVEN J. VIECZOREK and
HEATHER H. VIECZOREK,

    Plaintiffs,

v.                                        Case No. 3:17-cv-1118-J-32JBT

SHAYAN KHORRAMI and A&P
AUTO SALES,

    Defendants.

## **O R D E R**

This case is before the Court on Heather Vieczorek's motion to appoint counsel, (Doc. 52), Steven Vieczorek's motion to appoint counsel, (Doc. 55), his Motion to Stay Deadlines, Compel Disclosure and Assign Sanctions, (Doc. 56), his Objection and Motion for a Continuance of the Discovery Deadline and Reconsideration of Orders, (Doc. 58), his Motion for an Order to Allow E-Filing, (Doc. 61), his Motion to Strike Defendants' Answer, (Doc. 63), and various supplements and memorandums in support, (Docs. 57; 59; 64).

Although there is no constitutional or statutory right to appointment of an attorney in a civil case, pursuant to the Jacksonville Division Civil Pro Bono Appointment Program, the Court has determined that the appointment of a

lawyer for Plaintiffs is appropriate given the complicated nature of the case and Plaintiffs' pro se status. As such, the Court has undertaken to find counsel for Plaintiffs. Timothy Danninger and Anne Coxe Mesrobian of Gunster have agreed to represent Plaintiffs in this matter.[1] The Court appreciates the service of Mr. Danninger and Ms. Mesrobian.

Accordingly, it is hereby

**ORDERED:**

1. Timothy Danninger and Anne Coxe Mesrobian are appointed as counsel for Plaintiffs. Counsel should promptly acknowledge this appointment by filing a notice of appearance and beginning the representation. In light of this appointment, Plaintiffs may no longer file their own pleadings; pleadings may only be filed by counsel.

2. As soon as practical after Mr. Danninger and Ms. Mesrobian have filed their notices of appearance, counsel should confer in good faith upon a proposed course of proceeding in this matter, including whether another settlement conference should be scheduled. The parties shall file a joint proposal by **June 14, 2019**.

---

[1] For Plaintiffs' benefit and clarification, the appointment of counsel through the pro bono program is at no cost to Plaintiffs.

3. The Case Management Scheduling Order (Doc. 51) is **VACATED**, to be reset after the Court reviews the parties' joint proposal on how the case should proceed.

4. Steven Vieczorek's Motion to Stay Deadlines, Compel Disclosure and Assign Sanctions, (Doc. 56), as supplemented, (Doc. 57), and Steven Vieczorek's Objection and Motion for a Continuance of the Discovery Deadline and Reconsideration of Orders, (Doc. 58), and Memorandum of Law in Support, (Doc. 59), are **GRANTED in part and DENIED in part without prejudice**. The motions are granted to the extent that the Court vacates the CMSO. In all other respects the motions are denied, but may be renewed by Plaintiffs' counsel at a later time if appropriate.

5. Steven Vieczorek's Motion for an Order to Allow E-Filing is **DENIED as moot**.

6. Steven Vieczorek's Motion to Strike Defendants' Answer, (Doc. 63), is **taken under advisement**.

7. Not later than **June 14, 2019**, Defendants shall respond to the Motion to Strike Defendants' Answer.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of May, 2019.

*[signature: Timothy J. Corrigan]*

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Counsel of record