UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEVEN VIECZOREK, and
HEATHER VIECZOREK

      Plaintiffs,

v.                                                  CASE NO.:  3:17-CV-1118-J-32JBT

SHAYAN KHORRAMI and
A&P AUTO SALES, LLC

      Defendants.
_____/

## MOTION FOR LEAVE AND EXTENSION TO FILE LATE ANSWER

      Defendants, SHAYAN KHORRAMI and A&P AUTO SALES, LLC, hereby move for an extension and leave to file a late Answer to the Third Amended Complaint pursuant to Rule 6(b)(1)(B), Federal Rules of Civil Procedure, and, in support thereof, state as follows:

      1.      On March 7, 2019 this court entered its Order which, inter alia, directed Defendants to file their Answer not later than April 1, 2019.

      2.      The undersigned counsel delegated drafting the Answer and, inadvertently, the deadline for filing the Answer was not calendared.  The undersigned counsel did not receive a calendar reminder of the deadline for filing the Answer and failed to recognize that the Answer was not timely filed.

      3.      On May 10, 2019 the undersigned counsel received an email from Plaintiff Steven Vieczorek which stated, "please let me know about the response to the 3rd Amended Complaint as soon as possible." The undersigned counsel reviewed the email the following Monday, May 13, 2019 and filed the Answer the following day.

4.     The failure to timely file the Answer was due to inadvertence and excusable neglect.  Counsel apologizes for the delay and did not intentionally disregard this court's order.  Counsel has emphasized the need and procedure for calendaring deadlines in his office.

5.     No prejudice is visited to Plaintiffs by the delay in filing the Answer as Plaintiffs have been aware of the Defendants' position regarding the merits of this litigation for a significant of time.  Moreover, now that a new case management order will be entered and counsel have appeared on behalf of Plaintiffs there exists adequate time to take Defendants' Answer into consideration.

6.     Defendants have meritorious defenses to this action.

WHEREFORE, Defendants request that this court grant leave to file the late Answer due to excusable neglect of undersigned counsel.

## MEMORANDUM OF LAW

Rule 6(b)(1)(B), Federal Rules of Civil Procedure allows this court to extend the time for filing on a motion made after the time it is expired if the party failed to act because of excusable neglect.  It is within the court's discretion to allow extensions of time for a late filed pleading when excusable neglect is demonstrated.  Defense counsel believes that he has established excusable neglect in this instance.  The undersigned counsel has reemphasized the need for appropriate calendaring of deadlines with all persons in his office and is diligently attempting to ensure that all pleadings are timely filed.

## CERTIFICATE

The undersigned counsel hereby certifies, pursuant to Local Rule 3.01(g) that he has conferred with counsel for Plaintiffs and that counsel for Plaintiffs has been unable to secure permission from its clients to agree to the relief sought in this Motion.

                                                 LAW OFFICES OF KELLY B. MATHIS

_____
Kelly B. Mathis, Esq.
Florida Bar No.: 0768588
12276 San Jose Blvd., Suite 126
Jacksonville, FL 32223
(904) 880-5114
Primary email: kmathis@mathislaw.net
Secondary email: carmen@mathislaw.net
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **Steven J. Vieczorek And Heather H. Vieczorek**, pro se, 256 Pine Arbor Circle, St. Augustine, FL 32084 via electronic mail at vierczorkvaandp@gmail.com this 22nd day of May, 2019.

_____
Attorney